416 P.2d 380

**The STATE of New Mexico ex rel. Bennie True WHITLEY, Relator,**

**v.**

**The DISTRICT COURT OF the FIFTH JUDICIAL DISTRICT of the State of New Mexico, IN AND FOR LEA COUNTY, New Mexico, and the Honorable Kermit E. Nash, District Judge of the Fifth Judicial District of the State of New Mexico, in and for Lea County, New Mexico, Respondents.**

No. 8136.

Supreme Court of New Mexico.

June 8, 1966.

CARMODY, Chief Justice, and CHAVEZ, NOBLE, MOISE and COMPTON, Justices, concurring.

Ordered that the alternative writ of prohibition heretofore issued on April 29, 1966, prohibiting respondents from proceeding to commit or recognize the defendant in Cause No. 3350, Criminal, Lea County, New Mexico, pursuant to the appeal attempted to be effected by the State of New Mexico, be and the same is hereby made absolute.